# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA :
:
v. : Criminal Case No. ELH14-0288
:
CHAZE RICHARDSON :

## ORDER CONTINUING SUPERVISED RELEASE

This matter came before the court for a hearing on an alleged violation of Supervised Release. Counsel having been heard, and the court having rendered an oral opinion, it is this  30th  day of August, 2021 for reasons stated in open court ORDERED:

1) That the defendant admitted to being in violation of conditions of Supervised Release, as specified: On April 4, 2021, Mr. Richardson relocated to Georgia without permission and despite being instructed not to do so. This is in violation of the standard condition which states the defendant shall not leave the judicial district without permission of the court or probation officer.

2) That Supervised Release is continued on the same terms and conditions as previously imposed and with the following modifications: The defendant participate in and complete Gaudenzia long-term in-patient substance abuse and mental health treatment program.

3) Oral Motion of United States dismissing, without prejudice, the pending alleged violations of supervised release.

4) Sentence imposed time served from 6/10/21 to 8/30/21. Upon confirmation from the United States Probation Office that a space is available at the Gaudenzia program, Defendant shall be released from the United States courthouse in Baltimore, Maryland, and is instructed to make his way to Gaudenzia immediately to begin participation in the aforementioned program.

5) The Clerk is directed to send a copy of this order to all counsel of record.

Ellen L. Hollander
United States District Judge